UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BUDDY RONALD VOTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:10-CV-2116-G (BD) |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated April 22, 2011, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is, therefore, **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

It is further **ORDERED** that defendants' motion for summary judgment (docket entry 6) is **GRANTED**. All claims against defendants Federal National Mortgage Association a/k/a Fannie Mae and BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP are **DISMISSED** with prejudice **DENIED**.

May 18, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**